**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                       Case No. 04-04680

Kenneth M. Rollins                              Chapter 13

Debtor(s)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ **194.00** in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee(s):*

$ **70.00**    Check one    ☑ With the filing of the petition, or
                                        ☐ On or before

$ **42.00**    on or before **March 1, 2004**
$ **41.00**    on or before **April 1, 2004**
$ **41.00**    on or before **May 3, 2004**

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 0 9 2004

**KENNETH S. GARDNER, CLERK**
**PS REP. - SB**

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

/s/ _____ FEB 0 6 2004        /s/ Kenneth Rollins    FEB 0 6 2004
Signature of Attorney                     Date         Signature of Debtor                     Date
                                                                  (In a joint case, both spouses must sign.)

**Timothy K. Liou #06229724**
Name of Attorney                                          Signature of Joint Debtor (if any)         Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer            Social Security No.
                                                                                                       (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer                         Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

APPLICATION TO PAY FILING FEE IN INSTALLMENTS

FEB 0 9 2004

KENNETH S. GARDNER