```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 04680
     KENNETH M ROLLINS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
     SSN XXX-XX-7467

--------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/09/2004 and was confirmed 05/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.08%.

     The case was paid in full 09/14/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AT&T BROADBAND             UNSECURED       NOT FILED          .00           .00
CELLULAR ONE               UNSECURED       NOT FILED          .00           .00
CFC FINANCIAL CORPORATIO   UNSECURED          124.38          .00         13.78
CITY OF CHICAGO PARKING    UNSECURED         6445.00          .00        714.11
GC SERVICES                UNSECURED       NOT FILED          .00           .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       NOT FILED          .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          928.38          .00        102.86
SPRINT PCS                 UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE CORP      UNSECURED          504.54          .00         55.90
VILLAGE OF FOREST PARK     UNSECURED       NOT FILED          .00           .00
FIFTH THIRD BANK           SPECIAL CLASS     8252.91          .00       8252.91
FIFTH THIRD BANK           NOTICE ONLY    NOT FILED          .00           .00
TIMOTHY K LIOU             REIMBURSEMENT      14.40          .00         14.40
TIMOTHY K LIOU             DEBTOR ATTY     2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                       658.02
DEBTOR REFUND              REFUND                                        268.66

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             12,780.64

PRIORITY                                       14.40
SECURED                                          .00
UNSECURED                                    9,139.56
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           658.02
DEBTOR REFUND                                  268.66
                    ---------------       ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 04680 KENNETH M ROLLINS
```

```
TOTALS                                   12,780.64           12,780.64
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 12/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```